Speed teADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
MEREDITH FLAX, Deputy Chief
RICKEY TURNER, Senior Trial Attorney
ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9571
E-mail: erika.furlong@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER RESERVOIR MUSTANGS, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, <br><br> Defendant. | CASE No. 2:25-cv-03252-WBS <br><br> **[ORDER] GRANTING FEDERAL DEFENDANTS' MOTION TO EXTEND REPLY DEADLINE** |

Upon consideration of Federal Defendants' Unopposed Motion to Extend the Reply Deadline, and for good cause shown, the Court hereby ORDERS as follows:

1. Federal Defendants shall file their reply in support of their motion to dismiss no later than March 25, 2026.

IT IS SO ORDERED.

Dated:  March 20, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1