ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH FLAX, Deputy Chief
RICKEY TURNER, Senior Trial Attorney
ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
ELIZABETH KIRBY, Trial Attorney (TX Bar No. 24104199)
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9571 (Furlong)
Tel: (202) 353-5588 (Kirby)
erika.furlong@usdoj.gov
elizabeth.kirby@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER RESERVOIR MUSTANGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | CASE No. 2:25-cv-03252-WBS-DMC <br><br> **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Order on PI Briefing Schedule                                                1

This matter has been referred to the undersigned for the limited purpose of establishing a briefing schedule for Plaintiffs' motion for a preliminary injunction. See ECF No. 20 (minutes following status conference). Plaintiffs' motion for a preliminary injunction was filed on May 8, 2026, and has been set for hearing before the District Judge on July 6, 2026. See ECF No. 22. On May 11, 2026, the Federal Defendants filed an unopposed motion to set a briefing schedule. See ECF No. 28. The undersigned hereby adopts the parties' proposed schedule.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Federal Defendants' unopposed motion to set a briefing schedule, ECF No. 28, is granted.

2. The Federal Defendants shall file a response to Plaintiffs' motion for a preliminary injunction on or before June 2, 2026.

3. Plaintiffs' reply shall be filed on or before June 16, 2026.

Dated:  May 12, 2026



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Order on PI Briefing Schedule                                                    2